IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TRUEBEGINNINGS, LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 3-07-CV-1986-M |
| | § | |
| SPARK NETWORK SERVICES, | § | |
| INC., ET AL. | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After making a de novo review of the pleadings, the files and records in this case, the relevant case law, the Findings and Recommendation of the United States Magistrate Judge dated March 13, 2009, and the Plaintiff's Objections filed April 2, 2009, the Court finds that the Findings and Recommendation of the Magistrate Judge are correct and they are hereby ACCEPTED as the Findings and Recommendation of the Court.  The Plaintiff's request to supplement the record with respect to damages is DENIED.

**IT IS THEREFORE ORDERED** that the Findings and Recommendation of the United States Magistrate Judge are ACCEPTED.  The Plaintiff's Motion for Summary Judgment [Docket Entry #61] is DENIED, and the Defendants' Motion for Partial Summary Judgment [Docket Entry #59] is GRANTED.  Counts I and II of the Plaintiff's Second Amended Complaint shall remain stayed, pending re-examination of the '467 Patent by the U.S. Patent and Trademark Office.

**SO ORDERED** this 2nd day of July, 2009.

**BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS**